FILED
August 24, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Case No. CR S-05-0336 FCD
            Plaintiff,         )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
YOLANDA MARTINEZ,              )
                               )
            Defendant.         )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __YOLANDA MARTINEZ__ , Case No. __CR S-05-0336 FCD__ , Charge __18 USC §§ 1344; 1028(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__   Release on Personal Recognizance

  ___    Bail Posted in the Sum of $_____

         ___  Unsecured Appearance Bond $_____

         ___  Appearance Bond with 10% Deposit

         ___  Appearance Bond with Surety

         ___  Corporate Surety Bail Bond

  __X__  (Other)   _with Pretrial Services_
         _Supervision on conditions as listed._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __August 24, 2005__ at __2:25 p.m.__ .

                                By  _Dale A. Drozd_
                                    Dale A. Drozd
                                    United States Magistrate Judge

Original - U.S. Marshal